UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-190-T-17TGW

JOSEPH BASSLER

## FORFEITURE MONEY JUDGMENT

The defendant pleaded guilty to Counts One and Two of the Information which charge him with mail fraud, in violation of 18 U.S.C. § 1341, and money laundering, in violation of 18 U.S.C. § 1957, and the United States has established that the defendant obtained $639,206.31 in proceeds as a result of those offenses.

The United States moves under 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a $639,206.31 forfeiture money judgment against the defendant. The motion for entry of a forfeiture money judgment is GRANTED. The defendant is liable for a forfeiture money judgment in the amount of $639,206.31, which represents the amount of proceeds he obtained as a result of the mail fraud and money laundering.

The United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the

CASE NO. 8:17-CR-190-T-17TGW

money judgment. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

DONE and ORDERED in Tampa, Florida, this 9th day of June, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2